```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

    v.

                                Case No.  12-cr-103-01-SM

Robert Brackett,
    Defendant

## O R D E R

Defendant Brackett's Assented-to Motion to Continue the final pretrial conference and trial for 30 days is granted (document no. 10).  Trial has been rescheduled for the month of November 2012.  Defendant Brackett shall file a waiver of speedy trial rights on October 5, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 2, 2012 at 10:30 a.m.

Jury selection will take place on November 14, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
U.S. District Judge

September 26, 2012

cc: Behzed Mirhashem, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation